UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TATIANA BAKER,
                              Plaintiff,                23 Civ. 4416 (LGS)

              -against-                           ORDER

THE BRIDGE, INC., et al.,
                              Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on December 7, 2023. It is hereby

      **ORDERED** that Defendants may serve interrogatories and document discovery requests related to Plaintiff's employment immediately following pregnancy. It is further

      **ORDERED** that Plaintiff shall provide medical authorizations for records dating ten months prior to birth. It is further

      **ORDERED** that the parties shall conduct the remaining depositions before the close of fact discovery on January 22, 2024. If Defendants have not received the medical records necessary to depose Plaintiff with sufficient time remaining in the fact discovery period, Defendants may request an extension of discovery as to Plaintiff's deposition and related discovery only.

Dated: December 8, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE