UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TATIANA BAKER,

                                         Plaintiff(s),                23 Civ. 4416 (LGS)

                  -against-                             ORDER OF REFERENCE
                                                                            TO A
THE BRIDGE INC., et al.,                         MAGISTRATE JUDGE

                                    Defendant(s).
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. James L. Cott United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| ✔ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | \_\_\_\_\_ HABEAS CORPUS |
| \_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | \_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| \_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | \_\_\_\_\_ SOCIAL SECURITY |
| \_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | \_\_\_\_\_ SETTLEMENT |
| | \_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| | \_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____ |
| \_\_\_\_\_ JURY SELECTION | |

SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.