UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TATIANA BAKER,

                              Plaintiff,

                -against-

THE BRIDGE, INC., et al.,

                            Defendants.
------------------------------------------------------------ X

23 Civ. 4416 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the amended civil case management plan and scheduling order issued November 16, 2023, scheduled a pre-motion conference for any anticipated dispositive motions on January 3, 2023, at 4:10 P.M.

    WHEREAS, an Order dated December 18, 2023, referred this action to Magistrate Judge Cott for general pretrial purposes, including discovery.  It is hereby

    **ORDERED** that the January 3, 2024, pre-motion conference is **ADJOURNED** *sine die*, pending any adjustments to the fact discovery deadline.

Dated:  January 2, 2024
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**