USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATIANA BAKER,

                Plaintiff,

-against-

THE BRIDGE INC. et al.,

                Defendants.

23-CV-04416 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    It is ORDERED that any motions for summary judgment shall be due by **October 14, 2024**; any opposition briefs shall be due by **November 11, 2024**; and any replies shall be due by **November 22, 2024.**

Dated:  August 12, 2024
         New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge