**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TATIANA BAKER,

                    Plaintiff,

    -against-                                  23 **CIVIL** 4416 (MMG)

                                                    **JUDGMENT**

THE BRIDGE INC., et al.,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Defendants' motion for summary judgment (Dkt. No. 96) is GRANTED in its entirety, and Plaintiff's motion for summary judgment (Dkt. No. 93) is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        September 30, 2025

                                                          **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                             **BY:**       *K. Mango*

                                                             **Deputy Clerk**